IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FRANCES MORRIS FINLEY**                                                                                   **PLAINTIFF**

v.                                            **Case No. 4:14-cv-00089-KGB**

**RICHARD PARKER EVANS, M.D.**                                                              **DEFENDANT**

## JUDGMENT

This matter came for trial by jury on the 13th day of October, 2015. Plaintiff Frances Morris Finley appeared through her attorneys Justin Hurst and Q. Byrum Hurst. Defendant Richard Parker Evans appeared through his attorney John Adam Wells. All parties announced ready for trial. A jury of twelve was selected and sworn.

On October 15, 2015, the jury returned a verdict as follows:

## VERDICT

Do you find from a preponderance of the evidence that there was negligence on the part of the Defendants Dr. Richard Parker Evans that was the proximate cause of any damages sustained by Plaintiff Frances Morris Finley?

Answer:   No
               Yes or No

        /s/ Mary Katherine Parker
FOREPERSON

Date:   October 15, 2015

Judgment is therefore entered in favor of defendant Dr. Richard Parker Evans.

So ordered this the 22nd day of March, 2016 (*nunc pro tunc* to October 15, 2015).

Kristine G. Baker
United States District Judge